UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No.  2:26-bk-00732-FMR
                                                          Chapter 11

Jak Enterprises SWFL II LLC,

        Debtor.

_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the following creditors' addresses should be changed:

| **Previous Mailing Addresses:** | **Corrective Mailing Addresses**: |
|---|---|
| Bott, Christopher J<br>2216 SW 23rd Ln<br>Cape Coral, FL 33991 | Bott, Christopher J<br>2216 SW 43rd Ln<br>Cape Coral, FL 33991 |
| Boward Nelson<br>241 SW 2st Terrace<br>Cape Coral, FL 33991 | Boward Nelson<br>241 SW 21st Terrace<br>Cape Coral, FL 33991 |
| Pro Action Air<br>3020 SW 2 Th Ct<br>Cape Coral, FL 33914 | Pro Action Air, Inc.<br>3020 SW 27th Ct<br>Cape Coral, FL 33914 |
| Rachel Eddy<br>2915 NW 9th Pl<br>Cape Coral, FL 33993 | Rachel Eddy<br>2915 NW 4th Pl<br>Cape Coral, FL 33993 |

**Dated**: June 4, 2026

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

*/s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN

Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Proposed Counsel for*
*Jak Enterprises SWFL II LLC.,*
*Debtor and Debtor-In-Possession*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was electronically served through the Court's CM/ECF Noticing system to parties registered to receive notice and sent via First Class U.S. Mail, postage prepaid, to the creditor, along with a copy of the *Notice of Chapter 11 Bankruptcy Case* this 4th day of June 2026.

Bott, Christopher J
2216 SW 43rd Ln
Cape Coral, FL 33991

Boward Nelson
241 SW 21st Terrace
Cape Coral, FL 33991

Pro Action Air, Inc.
3020 SW 27th Ct
Cape Coral, FL 33914

Rachel Eddy
2915 NW 4th Pl
Cape Coral, FL 33993

/s/ *Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185

2